UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-20450-CR-COHN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

THERESA B. GONZALEZ,

    Defendant.
_____/

### ORDER DENYING DEFENDANT'S MOTION FOR SENTENCE REDUCTION

**THIS CAUSE** is before the Court on Defendant Theresa B. Gonzalez's Motion to Correct Sentencing Pursuant to 18 U.S.C. § 3582 and U.S. Supreme Court Decision in Peugh v. U.S. (No. 12-62) [DE 34].  The Court has considered the Motion, the Government's Response [DE 37], and is otherwise advised in the premises.

Ms. Gonzalez alleges that her sentence should be reduced because her sentencing guidelines range was subsequently lowered by the Sentencing Commission and she was sentenced under current guidelines providing a higher sentencing range than the Guidelines in effect at the time of the offense.

Ms. Gonzalez was sentenced by Judge Jordan on January 14, 2011, pursuant to a plea agreement wherein the loss from the wire fraud was agreed as more than $7 million and less than $20 million, resulting in a 20-level enhancement and an imprisonment range of 70 to 87 months.  The Government moved for a sentence reduction pursuant to section 5K1.1 of the United States Sentencing Guidelines.  Judge Jordan granted the motion and sentenced Ms. Gonzalez to 46 months' imprisonment.

Both of Ms. Gonzalez's arguments fail.  First, the Defendant's sentencing range was not subsequently lowered by the Sentencing Commission, and therefore 18 U.S.C. § 3582(c)(2) would not apply.  Second, Peugh v. United States, 133 S. Ct. 2072 (2013), would not apply as the Guidelines language related to intended loss did not change. The intended loss is not relevant in any event as the Defendant was sentenced based on actual agreed losses suffered by lenders in the mortgage fraud scheme.

Accordingly, there is no jurisdiction or other basis to further reduce the Defendant's sentence.  It is thereupon

**ORDERED AND ADJUDGED** that Defendant Theresa B. Gonzalez's Motion to Correct Sentencing Pursuant to 18 U.S.C. § 3582 and U.S. Supreme Court Decision in Peugh v. U.S. (No. 12-62) [DE 34] is **DENIED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 12th day of November, 2013.

_____
JAMES I. COHN
United States District Judge

Copies provided to:
Counsel of record via CM/ECF